THE STATE OF OHIO, APPELLANT, *v.* RICHMOND, APPELLEE.

[Cite as State *v.* Richmond (1988), 38 Ohio St. 3d 78.]

(No. 87-1508—Submitted May 31, 1988—Decided July 27, 1988.)

*Arthur M. Ney, Jr.,* prosecuting attorney, and *L. Susan Laker,* for appellant.

*Holbrock & Jonson Law Firm* and *Timothy R. Evans,* for appellee.

This cause is dismissed as moot. In dismissing this cause, the court expresses no opinion on the merits of the decision of the court of appeals.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.